# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PROGRESS RESIDENTIAL, AS AGENT FOR PROGRESS RESIDENTIAL 2014-1 BORROWER, LLC<br><br>v.<br><br>CHIMERE CRUMP | §<br>§ Civil Action No. 4:18-CV-467<br>§ (Judge Mazzant/Judge Nowak)<br>§<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 28, 2018, the report of the Magistrate Judge (Dkt. #11) was entered containing proposed findings of fact and recommendations that the above-captioned case be remanded.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the above-captioned case is hereby **REMANDED** to the Justice of the Peace, Precinct #3, Denton County, Texas for further proceedings.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED**.
 SIGNED this 24th day of September, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE